AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☐ Original      ☐

CLERK'S OFFICE
A TRUE COPY
May 06, 2021
s/ JeremyHeacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>All location history data and all geofence advertising location data associated with the Google LLC advertising ID GAID #1007546014033, more fully described in Attachment A. | Case No. **21-M-372 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before  5-20-21  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Stephen C. Dries  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5-6-21. 2:05 pm

*Judge's signature*

City and state:  Milwaukee, WI            Hon. Stephen C. Cries, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*

# ATTACHMENT A

### Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) Location History data and all geofence advertising location data associated with the following Google advertising ID (or Google Account ID - GAID) numbers:

#1007546014033

for the following time period:

December 6, 2019 1:00AM (CST) – December 6, 2019 7:00AM (CST)

# ATTACHMENT B

**I. Information to be disclosed by Google**

The information described in Attachment A, via the following process:

1. Google shall query location history data for GAID #1007546014033 as described in attachment A. The location data should be sourced from information including GPS data, cellular data, and information about visible wi-fi points and Bluetooth beacons transmitted from devices associated with GAID #1007546014033 during the following time period:

    December 6, 2019 1:00AM (CST) – December 6, 2019 7:00AM (CST)

2. The location data should include latitudinal and longitudinal coordinates, dates, and times for GAID #1007546014033 for the abovementioned timeframe.